**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

NEW YORK LIFE INSURANCE
COMPANY, a New York corporation,

    Plaintiff,

vs.                                                                   Case No. 5:11-cv-618-Oc-34TBS

MARITA G. SNYDER, SUSAN DECK,
DENA WOELFLING and THOMAS
SNYDER,

    Defendants.

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 14; Report), entered by the Honorable Thomas B. Smith, United States Magistrate Judge, on February 7, 2012. In the Report, Magistrate Judge Smith recommends Plaintiff New York Life Insurance Company's Motion to be Dismissed from this Interpleader Action with Incorporated Memorandum of Law (Doc. No. 12; Motion) be granted. See Report at 4. Magistrate Judge Smith further recommends that Plaintiff be discharged from any further liability in connection with the life insurance proceeds it has deposited, with accrued interest, with the Clerk of this Court. See id. at 2,4. Finally, Magistrate Judge Smith recommends Plaintiff be dismissed from this action subject to Plaintiff's right to submit affidavits supporting its claim for attorney's fees and costs in connection with the filing and prosecution of this

interpleader action. See Id. at 4. Defendants have failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

**1.** The Magistrate Judge's Report and Recommendation (Doc. No. 14) is **ADOPTED** as the opinion of the Court.

**2.** Plaintiff New York Life Insurance Company's Motion to be Dismissed from this Interpleader Action with Incorporated Memorandum of Law (Doc. No. 12) is **GRANTED**.

**3.** Plaintiff is **DISMISSED with prejudice** subject to its right to submit affidavits supporting its claim for attorneys' fees and costs in connection with the filing and prosecution of this interpleader action.

**4.**   This action remains referred to the assigned Magistrate Judge for a recommendation as to the appropriate disposition of the interpleader action and funds.

**DONE AND ORDERED** in Chambers, this 4th day of May, 2012.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

i16

Copies to:

Hon. Thomas B. Smith

Counsel of Record

Pro Se Parties, if any