UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEW YORK LIFE INSURANCE COMPANY, a
New York corporation,

    Plaintiff,

v.                                                           Case No.  5:11-cv-618-Oc-34TBS

MARITA G. SNYDER, SUSAN DECK, DENA
WOELFLING and THOMAS SNYDER,

    Defendants.
_____/

## ORDER

This matter comes before the Court sua sponte.  On February 7, 2012, the undersigned recommended that the district judge dismiss Plaintiff from the interpleader action, discharge it from any and all liability to the defendants in connection with the Policy and the benefits payable under the Policy, and award reasonable attorneys' fees and costs in connection with the filing and prosecution of this interpleader action. (Doc. 14). On May 7, 2012, the district judge adopted the report and recommendation and dismissed Plaintiff with prejudice.  (Doc. 15).

On May 16, 2012, Plaintiff filed a motion in which it requested $8,386.50 in attorneys' fees.  (Doc. 16).  Although Plaintiff's motion makes no mention of taxable costs, the billing statement appended to the motion lists $426.56 in "Reimbursable Costs."  (Id. at 9).  Upon consideration of the foregoing, the undersigned directs Plaintiff to file a notice, on or before June 20, 2012, advising the Court of its intention to request reimbursement for costs incurred in this action.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 15, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to All Counsel