UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEW YORK LIFE INSURANCE COMPANY,
a New York corporation,

    Plaintiff,

v.        Case No. 5:11-cv-618-Oc-34TBS

MARITA G. SNYDER, SUSAN DECK, DENA
WOELFLING and THOMAS SNYDER,

    Defendants.
_____/

ORDER

The Court enters this order sua sponte. On June 6, 2012, in response to Defendant M. Snyder's motion, the clerk entered defaults against co-defendants Susan Deck, Dena Woelfling, and Thomas Snyder (collectively "defaulted defendants"). (Doc. 18). Defendant M. Snyder filed a motion for default judgment against the defaulted defendants that same day. (Doc. 19). Following a review of the docket and upon due consideration, it appears Defendant M. Snyder has not complied with the Servicemembers Civil Relief Act, 50 U.S.C. app. § 521. Accordingly, the undersigned grants Defendant M. Snyder leave to file an affidavit,[1] in compliance with the statute, on or before July 6, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 22, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel

---

[1] The Court will permit Defendant M. Snyder to file a single affidavit as long as it meets the sufficiency requirement as to each co-defendant.