**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

NEW YORK LIFE INSURANCE
COMPANY, a New York corporation,

      Plaintiff,

vs.                                                                            Case No. 5:11-cv-618-Oc-34PRL

MARITA G. SNYDER, SUSAN DECK,
DENA WOELFLING and THOMAS
SNYDER,

      Defendants.

_____

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Thomas B. Smith's Report and Recommendation (Dkt. No. 22; Report), entered on June 22, 2012. In the Report, Magistrate Judge Smith recommends that Plaintiff's Motion for Attorneys' Fees (Dkt. No. 16; Motion) be granted, in part, and denied, in part. See Report at 7. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge with one slight modification.[1]  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 22), as modified, is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Attorneys' Fees (Dkt. No. 16) is **GRANTED, in part, and DENIED, in part**.

3. The Motion is **GRANTED** to the extent that Plaintiff is awarded $6,154.00 in attorneys' fees and $350.00 in costs, both to be paid out of the interpleader funds which have been deposited into the registry of the Court.

4. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** in Chambers, this 4th day of October, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

---

[1] In the Report, the Magistrate Judge notes that Plaintiff deposited $50,130.36 into the registry of the Court. However, in the Motion, Plaintiff alleges that the amount deposited was $53,130.36, see Motion at ¶ 2, and this assertion is confirmed by the Clerk of the Court's Receipt No. OCA001755 (Dkt. No. 5).  Thus, the Court determines that the amount deposited by Plaintiff was $53,130.36.

ja

Copies to:

The Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record

Case 5:11-cv-00618-MMH-PRL   Document 27   Filed 10/05/12   Page 3 of 3 PageID 153