**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NEW YORK LIFE INSURANCE
COMPANY, a New York corporation,

    Plaintiff,

vs.                                           Case No. 5:11-cv-618-Oc-34PRL

MARITA G. SNYDER, SUSAN DECK,
DENA WOELFLING and THOMAS
SNYDER,

    Defendants.

_____

## ORDER

**THIS CAUSE** is before the Court on Magistrate Judge Thomas B. Smith's Report and Recommendation (Dkt. No. 25; Report), entered on July 2, 2012. In the Report, Magistrate Judge Smith recommends that Defendant Marita G. Snyder's Motion for Entry of Default Judgment (Dkt. No. 19) be granted, judgment be entered in favor of Defendant Marita Snyder, the proceeds of the policy be paid to Defendant Marita Snyder, and the defaulting defendants be restrained from instituting any action against Plaintiff. See Report at 3. No objections to the Report have been filed, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993);

see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge with some modification with respect to the mathematical calculation.[1]  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 25), as modified, is **ADOPTED** as the opinion of the Court.

2. Defendant Marita G. Snyder's Motion for Entry of Default Judgment (Dkt. No. 19) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Defendant Marita G. Snyder and against Defendants Susan Deck, Dena Woelfling, and Thomas Snyder.

---

[1] In the Report, the Magistrate Judge notes that Plaintiff deposited $50,130.36 into the registry of the Court. However, in Plaintiff's Motion for Attorneys' Fees (Dkt. No. 16; Motion), Plaintiff alleges that the amount deposited was $53,130.36, see Motion at ¶ 2, and this assertion is confirmed by the Clerk of the Court's Receipt No. OCA001755 (Dkt. No. 5). Thus, the Court determines that the amount deposited by Plaintiff was $53,130.36. Additionally, the Magistrate Judge recommends that the proceeds of the policy held in the Court's registry be paid to Defendant Marita G. Snyder "minus the $6,154.00 in attorney's fees" that he recommended be awarded to Plaintiff's counsel. However, the Magistrate Judge previously recommended that Plaintiff's counsel be awarded $6,154.00 in attorney's fees plus $350.00 in costs. See Report and Recommendation (Dkt. No. 22). The Court accepted that recommendation in its Order dated October 4, 2012 (Dkt. No. 27). Thus, the Court will deduct this further amount from the proceeds to be paid to Defendant Marita G. Snyder.

4.  The proceeds of the Policy which have been deposited into the Registry of the Court (together with any accrued interest), minus the $6,504 in attorneys' fees and costs the Court previously ordered to be paid to Plaintiff's counsel, see Order (Dkt. No. 27), shall be paid to Defendant Marita G. Snyder.

5.  Defendants Susan Deck, Dena Woelfling, and Thomas Snyder are hereby restrained from instituting any action against Plaintiff New York Life Insurance Company related to the recovery of the same life insurance proceeds.

6.  The Clerk of the Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Chambers, this 4th day of October, 2012.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

The Honorable Thomas B. Smith
United States Magistrate Judge

Counsel of Record